UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL RICHARDSON, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner the Social Security )<br>        Defendant. | **JUDGMENT**<br><br>No. 7:23-CV-1131-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 17, 2024, that defendant pay to plaintiff $4,900.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on December 17, 2024, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Mark Dorval / Wanda Mason (via CM/ECF Notice of Electronic Filing)


December 17, 2024                    PETER A. MOORE, JR., CLERK

                                             /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk